Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_Middle_ District of _FL_
_Ocala_ Division

FILED - USDC - FLMD - OCA
OCT 2 2023 PM3:06

JEROME HEAVEN JR
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

INTERFAITH Emergency Service
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:23-cv-593 MMH-PRL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: HEAVEN JEROME
Address: 1413 NW 18 ST
City: OCALA   State: FL   Zip Code: 34475
County: MARION
Telephone Number: 941 348 9646
E-Mail Address: Young jerome 368 at gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Interfaith Emergency Service
Job or Title (if known): HELP NEEDY People
Address: 450 or 435 or 457 NW 2nd St
City: Ocala   State: FL   Zip Code: 34475
County: Marion
Telephone Number:
E-Mail Address (if known):
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
　　Name
　　Job or Title *(if known)*
　　Address

N/A

　　　　　　　City　　　　　　　State　　　　　　Zip Code

　　County
　　Telephone Number
　　E-Mail Address *(if known)*

☐ Individual capacity　　☐ Official capacity

Defendant No. 4
　　Name
　　Job or Title *(if known)*
　　Address

N/A

　　　　　　　City　　　　　　　State　　　　　　Zip Code

　　County
　　Telephone Number
　　E-Mail Address *(if known)*

☐ Individual capacity　　☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Reckless Endangerment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? TREPASS FROM 435 NW 2nd Street for reporting my bag missing Signal Sercurity said I was disrespecting a female never did ped camera officer Crossman witness refusing to help me with Service Signl Security told me about hes guns at home

B. What date and approximate time did the events giving rise to your claim(s) occur? 10/2/23 9/27/23 Police Report

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Refused me service Claiming Im trespassing from all locations having to deal with, my thinking attacking me retaliation, 435, is the address on the trespass writ, all location having grants? food at 450 but tell me to go to 435 for food paper, then they feed out of date food that get your sick. Claiming they have nothing to do with food services

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. had to deal with a Signal Sercurtty person who open carries telling me he has a conceal weapon permitt walking behind me lying and going for his gun when I made no threat, then female Signal Sercurtty has an OPD officer personal phone number texting my picture to him

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Judges decision please

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/2/23

Signature of Plaintiff: Jerome Heaven Jr
Printed Name of Plaintiff: JEROME HEAVEN JR

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

**CITIZEN REPORT FORM**
AGENCY ORI NUMBER FL0420100

PLEASE SUPPLY THE FOLLOWING INFROMATION COMPLETELY, ACCURATELY AND LEGIBLY IN ORDER TO HAVE YOUR INCIDENT PROCESSED

| REPORT DATE | DATE OF INCIDENT | TIME OF INCIDENT | AM/PM | CRIME CODE | INCIDENT LOCATION |
|---|---|---|---|---|---|
| 10/2/23 | 10/2/23 | APROX 12:30 | PM | N/A | INTERFAITH EMERGENCY SERVICES |

| REPORTING PERSONS NAME: LAST, FIRST, MIDDLE | RACE | SEX | DATE OF BIRTH | HOME ADDRESS (NUMBER AND STREET) | CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|
| HEAVEN JEROME | B | M | 4/5/78 | 1413 NW 1st | OCALA | FL | 34475 | 941 398 964 |

| VICTIMS NAME: LAST, FIRST, MIDDLE | RACE | SEX | DATE OF BIRTH | HOME ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| INTERFAITH 2ND ST | | | | NW 2ND ST | Ocala | FL | 34475 | |

| STOLEN PROPERTY | QUANTITY | VALUE |
|---|---|---|
| Signal Sercurity female | | |

| STOLEN PROPERTY | QUANTITY | VALUE | SUSPECT VEHICLE DESCRIPTION | TAG | STATE |
|---|---|---|---|---|---|
| N/A | N/A | | | | |

| SUSPECT DESCRIPTION | RACE | SEX | HGT | WGT | AGE | WEARING |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | Signal Sercurity |

**DESCRIBE FULLY WHAT OCCURRED:** (on Video) said she texted OPD How? AND WHO Why? I was in the interfaith hang out area when Signal Sercurity female was asked to get me a meal trespass from admin side she took my picture and texted a offi

I CERTIFY THE ABOVE TO BE TRUE AND CORRECT
Jerome Heaven   10/2/23

TO BE COMPLETED BY OCALA POLICE DEPARTMENT PERSONNEL
[signature] #3302   10/2/23

INSTRUCTIONS:
1. Complete form using example provided below.
2. Fold form following instructions on back.
3. Place postage on form in the appropriate location and mail.

---

**CITIZEN REPORT FORM**
AGENCY ORI NUMBER FL0420100   OCALA POLICE DEPARTMENT   INCIDENT NUMBER   LEAVE BLANK

PLEASE SUPPLY THE FOLLOWING INFROMATION COMPLETELY, ACCURATELY AND LEGIBLY IN ORDER TO HAVE YOUR INCIDENT PROCESSED

| REPORT DATE | REPORT DATE | TIME OF INCIDENT | AM/PM | CRIME CODE | INCIDENT LOCATION |
|---|---|---|---|---|---|
| 01/01/2021 | 01/01/2021 | 7:00 | AM | LEAVE BLANK | 222 E. 2nd Street |

| REPORTING PERSONS NAME | RACE | SEX | DATE OF BIRTH | HOME ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| Smith, Nancy L. | W | F | 1/12/1970 | 222 E. 2nd Street | Ocala | FL | 34470 | 555-555-5555 |
| Smith, Nancy L. | W | F | 1/12/1970 | 222 E. 2nd Street | Ocala | FL | 34470 | 555-555-5555 |

| STOLEN PROPERTY | QUANTITY | VALUE |
|---|---|---|
| Mailbox | 1 | $50 |

| STOLEN PROPERTY | QUANTITY | VALUE | VEHICLE DESCRIPTION | TAG | STATE |
|---|---|---|---|---|---|
| | | | Green Ford truck | 123ABC | FL |

| SUSPECT DESCRIPTION | RACE | SEX | HGT | WGT | AGE | WEARING |
|---|---|---|---|---|---|---|
| | W | M | 6' | 200 | 50 | Jeans, blue t-shirt, tennis shoes, ball cap |

**DESCRIBE FULLY WHAT OCCURED:** Truck pulled up and the suspect got out and stole my mailbox from the post.

I CERTIFY THE ABOVE TO BE TRUE AND CORRECT
LEGAL SIGNATURE HERE

TO BE COMPLETED BY OCALA POLICE DEPARTMENT PERSONNEL
LEAVE THIS BOX BLANK

OCT 0 2 2023

**CITIZEN REPORT FORM**
AGENCY ORI NUMBER FL0420100

**OCALA POLICE DEPARTMENT**



INCIDENT NUMBER

PLEASE SUPPLY THE FOLLOWING INFORMATION COMPLETELY, ACCURATELY AND LEGIBLY IN ORDER TO HAVE YOUR INCIDENT PROCESSED

| REPORT DATE | DATE OF INCIDENT | TIME OF INCIDENT | AM/PM | CRIME CODE | INCIDENT LOCATION |
|---|---|---|---|---|---|
| 10/2/23 | 10/2/23 | APPROX 7:30 | PM | N/A | INTERFAITH EMERGENCY SERVICE |

| REPORTING PERSONS NAME | RACE | SEX | DOB | HOME ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| ANGIE | H | F | N/A | 450 NW 2nd ST | OCALA | FL | 34475 | |

| VICTIM'S NAME | RACE | SEX | DOB | HOME ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| HEAVEN JEROME | B | M | 04/05/78 | 1413 NW 1 St | OCALA | FL | 34475 | 941-348-9646 |

STOLEN PROPERTY: N/A

**DESCRIBE FULLY WHAT OCCURRED:** I was placed in a dangerous position having to decide whether or not and how to react 450 NW 2nd St I am not trespass from, I'm being treated like it's 435 denying food service or help from State Jerome Heaven

I CERTIFY THE ABOVE TO BE TRUE AND CORRECT
DATE: 10/2/23
NAME AND EMPLOYEE NUMBER: #3302
DATE: 10-2-23

INSTRUCTIONS:
1. Complete form using *example* provided below.
2. Fold form following instructions on back.
3. Place postage on form in the appropriate location and mail.

**CITIZEN REPORT FORM**
AGENCY ORI NUMBER FL0420100

**OCALA POLICE DEPARTMENT**

INCIDENT NUMBER

PLEASE SUPPLY THE FOLLOWING INFORMATION COMPLETELY, ACCURATELY AND LEGIBLY IN ORDER TO HAVE YOUR INCIDENT PROCESSED

EXAMPLE

| REPORT DATE | DATE OF INCIDENT | TIME OF INCIDENT | AM/PM | CRIME CODE | INCIDENT LOCATION |
|---|---|---|---|---|---|
| 01/01/2021 | 01/01/2021 | 7:00 | AM | | 222 E. 2nd Street |

| REPORTING PERSONS NAME | RACE | SEX | DOB | HOME ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|---|
| Smith, Nancy L. | W | F | 1/12/1970 | 222 E. 2nd Street | Ocala | FL | 34470 | 555-555-5555 |
| Smith, Nancy L. | W | F | 1/12/1970 | 222 E. 2nd Street | Ocala | FL | 34470 | 555-555-5555 |

| STOLEN PROPERTY | QUANTITY | VALUE | VEHICLE DESCRIPTION | TAG | STATE |
|---|---|---|---|---|---|
| Mailbox | 1 | $50.00 | Green Ford truck | 123ABC | FL |

| SUSPECT DESCRIPTION | RACE | SEX | HGT | WGT | AGE | WEARING |
|---|---|---|---|---|---|---|
| | W | M | 6' | 200 | 50 | Jeans, blue t-shirt, tennis shoes, ball cap |

**DESCRIBE FULLY WHAT OCCURRED:** Truck pulled up and the suspect got out and stole my mailbox from the post.

I CERTIFY THE ABOVE TO BE TRUE AND CORRECT
LEGAL SIGNATURE HERE