UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEROME HEAVEN, JR ,**

    **Plaintiff,**

v.                                               **Case No: 5:23-cv-593-MMH-PRL**

**INTERFAITH EMERGENCY SERVICE,**

    **Defendant.**

___

## ORDER

On October 2, 2023, Plaintiff Jerome Heaven, Jr. filed a *pro se* Complaint against Defendant. To date, Plaintiff has neither paid the filing fee nor moved to proceed *in forma pauperis*.

Accordingly, on or before **February 1, 2024,** Plaintiff shall either pay the filing fee or file a motion to proceed in forma pauperis. Failure to comply with this Order will result in the recommendation that this matter be dismissed.

**DONE** and **ORDERED** in Ocala, Florida on January 5, 2024.

*/s/ Philip R. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties